Lynn M.C. Sevey (SBN 248389)
Law Offices of Lynn Sevey
1840 Prairie City Road
Ste. 100-271
Folsom, CA 95630
Ph. (916) 293-8193
Fx. (916) 293-8196
Email: lseveylaw@comcast.net

Attorney for
GREIGEN W.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREIGEN W., a minor,<br>By and Through KRISTEN W.,<br>His Guardian Ad Litem,<br><br>   Plaintiff,<br><br>v.<br><br>BUCKEYE UNION SCHOOL<br>DISTRICT and DOES 1-10,<br>   Defendant.<br>_____/ | Case No. 2:09-cv-02772 MCE KJM<br><br>STIPULATION REGARDING<br>PLAINTIFF'S USE OF<br>PSEUDONYMS; ORDER |

There is now pending before this Court, a motion by Plaintiff to proceed in this action under the pseudonyms of Greigen W., and Kristen W., for himself and his Guardian ad litem, respectively. The parties, with advice of counsel, hereby stipulate as follows.

1.  Plaintiff may proceed in this action with the pseudonyms Greigen W., and Kristen W., for himself and his Guardian ad Litem, respectively;

2.  Plaintiff shall withdraw the currently pending motion (Docket No. 8), set to be heard on December 3, 2009.

//
//
//

Greigen W. v. Buckeye Union Sch. Dist. et al.
Case No. 2:09-cv-02772 MCE KJM
Stipulation Regarding Plaintiff's Use of Pseudonyms                                                                     Page 1 of 2

1  Dated: October 27, 2009

3  _____/s/_____          _____/s/_____
4  Lynn M.C. Sevey                                              Marcy Gutierrez
   Attorney for Plaintiff                                       Attorney for Defendant
   Greigen W.                                                   Buckeye Union School District

8  IT IS SO ORDERED.

10  Dated:  November 5, 2009

   _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

---

Greigen W. v. Buckeye Union Sch. Dist. et al.
Case No. 2:09-cv-02772 MCE KJM
Stipulation Regarding Plaintiff's Use of Pseudonyms                                Page 2 of  2