Lynn M.C. Sevey (SBN 248389)
Law Offices of Lynn Sevey
1840 Prairie City Road
Ste. 100-271
Folsom, CA 95630
Ph. (916) 293-8193
Fx. (916) 293-8196
Email: lseveylaw@comcast.net

Attorney for
GREIGEN W.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREIGEN W., a minor, By and Through KRISTEN W., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>BUCKEYE UNION SCHOOL DISTRICT and DOES 1-10,<br>Defendant. | Case No.  2:09-cv-02772 MCE KJM<br><br>STIPULATION REGARDING FILING DECLARATION OF PLAINTIFF'S COUNSEL UNDER SEAL;  ORDER |

There is now pending before this Court, a motion by Plaintiff to file the declaration of Plaintiff's counsel under seal.  The parties, with advice of counsel, hereby stipulate as follows.

1. Plaintiff shall file under seal, and serve upon Defendant, the Declaration of Counsel, which shall contain the full names of Plaintiff and his Guardian ad Litem;

2.  Plaintiff shall withdraw the currently pending motion (Docket No. 7), set to be heard on December 3, 2009.

//
//
//
//
//

Greigen W. v. Buckeye Union Sch. Dist. et al.
Case No. 2:09-cv-02772 MCE KJM
Stipulation Regarding Filing of Declaration of Counsel Under Seal                                              Page 1 of  2

1 | Dated: October 27, 2009

3 |     /s/                                                     /s/
Lynn M.C. Sevey                              Marcy Gutierrez
Attorney for Plaintiff                     Attorney for Defendant
Greigen W.                                  Buckeye Union School District

7 | IT IS SO ORDERED.

9 | Dated: November 5, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

Greigen W. v. Buckeye Union Sch. Dist. et al.
Case No. 2:09-cv-02772 MCE KJM
Stipulation Regarding Filing of Declaration of Counsel Under Seal            Page 2 of 2