Lynn M.C. Sevey (SBN 248389)
Law Offices of Lynn Sevey
1840 Prairie City Road
Ste. 100-271
Folsom, CA 95630
Ph. (916) 293-8193
Fx. (916) 293-8196
Email: lseveylaw@comcast.net

Attorney for
GREIGEN W.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREIGEN W., a minor,<br>By and Through KRISTEN W.,<br>His Guardian Ad Litem,<br><br>   Plaintiff,<br>v.<br><br>BUCKEYE UNION SCHOOL<br>DISTRICT and DOES 1-10,<br>   Defendant. | Case No. 2:09-cv-02772 MCE KJM<br><br>STIPULATION ON APPOINTMENT OF GUARDIAN AD LITEM; ORDER THEREON |

   There is now pending before this Court, a petition by Plaintiff for the appointment of Kristen W. as the Guardian ad Litem for Plaintiff, a minor. Kristen W. is Plaintiff's parent. The parties, with advice of counsel, hereby stipulate as follows.

1.   Kristen W. shall be appointed as Guardian ad Litem for Plaintiff, a minor child with a disability;

2.    Plaintiff shall withdraw the currently pending motion (Docket No. 3), set to be heard on December 3, 2009.

//
//
//
//

Greigen W. v. Buckeye Union Sch. Dist. et al.
Case No. 2:09-cv-02772 MCE KJM
Stipulation on Appointment of Guardian ad Litem                                                    Page 1 of 2

1 | Dated: October 27, 2009

3 |       /s/                                                /s/
Lynn M.C. Sevey                                        Marcy Gutierrez
Attorney for Plaintiff                            Attorney for Defendant
Greigen W.                                                  Buckeye Union School District

7 |     IT IS SO ORDERED.

8 | The hearing on December 3, 2009 is vacated.

10 | Dated: November 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

Greigen W. v. Buckeye Union Sch. Dist. et al.
Case No. 2:09-cv-02772 MCE KJM
Stipulation on Appointment of Guardian ad Litem                           Page 2 of 2