LOUGHREY & ASSOCIATES
Tamara L. Loughrey, SBN 227001
Justin D. Arnold, SBN 252030
220 4th Street, Suite 103
Oakland, CA  94607
Phone: (510) 891-1254
Fax: (510) 891-1258
Email: tamara@spedattorneys.com

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.W., a minor, by and through his parent and guardian ad litem, Kristen W.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BUCKEYE UNION SCHOOL DISTRICT and DOES 1-10,<br><br>　　　　　Defendant. | Case No. 2:09-cv-02772-MCE-KJM<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)**<br>**(PURSUANT TO LOCAL RULE 16-271)** |

　　　Plaintiff G.W., a minor by and through his parent and guardian ad litem, Kristen W. along with Defendant Buckeye Union School District (the parties) hereby stipulate, by and through their undersigned counsel of record and agree to the following:

///

///

---

G.W. v. Buckeye Union School Dist, et al. Stipulation And [Proposed] Order To Elect Referral of Action To VDRP
Case No. 2:09-cv-02772-MCE-KJM

1

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

LOUGHREY & ASSOCIATES

Dated: January 4, 2010

By: /s/ *Tamara L. Loughrey*
_____
TAMARA LOUGHREY
JUSTIN ARNOLD
Attorneys for Plaintiffs

GUTIERREZ LAW GROUP

Dated: January 4, 2010

By: /s/ *Marcy Gutierez*
_____
Marcy Gutierrez
Attorney for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: January 11, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

G.W. v. Buckeye Union School Dist, et al. Stipulation And [Proposed] Order To Elect Referral of Action To VDRP
Case No. 2:09-cv-02772-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com