LOUGHREY & ASSOCIATES
TAMARA LOUGHREY, Bar No. 227001
JUSTIN ARNOLD, Bar No. 252030
220 4th St., Suite 103
Oakland, CA  94607
Phone: 510.891.1254
Fax: 510.891.1258

Attorneys for Plaintiffs

GUTIERREZ LAW GROUP
MARCY GUTIERREZ, Bar No. 214224
2322 Capitol Avenue, First Floor
Sacramento, CA  95816
Phone: 916.492.2200
Facsimile: 916.307.5784

Attorney for Defendant

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.W., by and through his parents and guardians ad litem, K.W. and M.W., and K.W. and M.W. individually,<br><br>Plaintiffs,<br><br>v.<br><br>BUCKEYE UNIFIED SCHOOL DISTRICT<br><br>Defendant. | Case No. 2:09-cv-02772-MCE-KJM<br><br>STIPULATION TO EXTEND MOTION FOR SUMMARY JUDGMENT SCHEDULE |

Pursuant to Federal Rules of Civil Procedure (F.R.C.P.) Rule 78 and Local Rule 230 and F.R.C.P. Rule 6 and Local Rule 144, the parties hereby request that the Motion for Summary Judgment schedule be extended.

Plaintiffs G.W., K.W. and M.W. (Plaintiffs) along with Defendant Buckeye Unified School District (Defendant), hereby stipulate and agree to the following:

- 1 -

1.   Pursuant to a request by the parties, this case was referred to the Court's Voluntary Dispute Resolution Process (VDRP) on January 12, 2010.  Pursuant to this referral, Attorney Patricia Lee Connors was appointed to serve as a mediator on January 26, 2010.  For reasons unknown to the parties, Ms. Connors never contacted either party to schedule mediation.  On April 28, 2010, Ms. Connors was terminated as the mediator due to a conflict of interest.

2.   Still wishing to mediate the case, Ms. Loughrey, counsel for Plaintiffs, contacted Linda Martinez, the Relief Judicial Assistant/VDRP Administrator, to inquire about other mediators.  Ms. Martinez responded with the names of three other potential mediators.

3.   The parties have reviewed the proposed mediators, but believe they have a better chance at resolving the dispute by selecting a private mediator.  Accordingly, the parties have scheduled mediation with Elaine Talley, a mediator experienced in special education issues, to take place on June 14, 2010.

4.   Currently, several motions and reply motions are scheduled to be filed in the upcoming weeks and months.  In order to increase the likelihood of resolution and to avoid expending time and resources unnecessarily, the parties wish to extend the briefing schedule to allow them to attempt to mediate the case.

5.   Under the Pre-Trial Scheduling Order, Plaintiffs Motion for Summary Judgment (MSJ) is due on **May 13, 2010**.  Defendant's opposition and cross-motion is due on **June 3, 2010**.  The administrative record is due to be filed on **June 7, 2010**. Plaintiff's reply and opposition is due on **June 17, 2010**.  Defendant's reply is due on **July 1, 2010**.  A hearing on the motions is scheduled for **July 8, 2010**.

///

///

///

6. The parties hereby request that Plaintiffs MSJ and the administrative record be due on **July 19, 2010**; Defendant's opposition and cross-motion be due on **August 9, 2010**; Plaintiff's reply and opposition be due on **August 23, 2010**; Defendant's reply be due on **September 7, 2010** and a hearing on the motions shall occur on **September 14, 2010**.

Respectfully Submitted,

LOUGHREY & ASSOCIATES

Dated: May 5, 2010         By:     /s/ Tamara Loughrey
                                    Tamara Loughrey
                                    Justin Arnold
                                    Attorneys for Plaintiffs

Dated: May 5, 2010         By:     /s/ Marcy Gutierrez
                                    Marcy Gutierrez
                                    Attorney for Defendant

## ORDER

Good cause appearing therefore,

1. All currently scheduled dates regarding the parties' motions for summary judgment are hereby vacated;

2. Plaintiffs MSJ and the administrative record shall be filed no later than **July 19, 2010**; Defendant's opposition and cross-motion shall be filed no later than **August 9, 2010**; Plaintiff's reply and opposition shall be filed no later than **August 23, 2010**; Defendant's reply shall be filed no later than **September 7, 2010** and the hearing take place on **September 14, 2010**.

**IT IS SO ORDERED.**
**Dated: May 11, 2010**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE