LOUGHREY & ASSOCIATES
TAMARA LOUGHREY, Bar No. 227001
JUSTIN ARNOLD, Bar No. 252030
220 4th St., Suite 103
Oakland, CA 94607
Phone: 510.891.1254
Fax: 510.891.1258

Attorneys for Plaintiffs

GUTIERREZ LAW GROUP
MARCY GUTIERREZ, Bar No. 214224
2322 Capitol Avenue, First Floor
Sacramento, CA 95816
Phone: 916.492.2200
Facsimile: 916.307.5784

Attorney for Defendant

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.W., by and through his parents and guardians ad litem, K.W. and M.W., and K.W. and M.W. individually,<br><br>Plaintiffs,<br><br>v.<br><br>BUCKEYE UNIFIED SCHOOL DISTRICT<br><br>Defendant. | Case No. 2:09-cv-02772-MCE-KJM<br><br>STIPULATION TO EXTEND MOTION FOR SUMMARY JUDGMENT SCHEDULE; ORDER |

Pursuant to Federal Rules of Civil Procedure (F.R.C.P.) Rule 78 and Local Rule 230 and F.R.C.P. Rule 6 and Local Rule 144, the parties hereby request that the Motion for Summary Judgment schedule be extended.

Plaintiffs G.W., K.W. and M.W. (Plaintiffs) along with Defendant Buckeye Unified School District (Defendant), hereby stipulate and agree to the following:

- 1 -
G.W., et al. v. Buckeye Union School District – Stipulation to Extend MSJ Schedule

PDF created with pdfFactory trial version www.pdffactory.com

1. On June 14, 2010, the parties and their attorneys attended a mediation session with Elaine Talley, a mediator experienced in special education issues.  Although the case was not settled at mediation, the parties have continued to work towards resolving the dispute.
2. On or about July 2, 2010, Plaintiffs, through their attorney of record received a new settlement offer from Defendants.  In light of this new offer, Plaintiffs will meet with their attorneys in order to make a fully informed decision and as to whether to accept the terms of the new settlement offer.  This meeting is scheduled to occur on July 13, 2010.
3. Given the above circumstances, the parties wish to extend the briefing schedule by 1 week in an effort to pursue settlement and avoid additional unnecessary expenses.
4. The following dates are currently set in this matter: Plaintiffs Motion for Summary Judgment (MSJ) is due on **July 19, 2010**.  Defendant's opposition and cross-motion is due on **August 9, 2010**.  The administrative record is due to be filed on **July 19, 2010**. Plaintiff's reply and opposition is due on **August 23, 2010**.  Defendant's reply is due on **September 7, 2010**.  A hearing on the motions is scheduled for **September 14, 2010.**

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

5. The parties hereby request that Plaintiffs MSJ and the administrative record be due on **July 26, 2010**; Defendant's opposition and cross-motion be due on **August 16, 2010**; Plaintiff's reply and opposition be due on **August 27, 2010**; Defendant's reply be due on the previously scheduled date of **September 7, 2010** and a hearing on the motions shall occur on the previously scheduled date of **September 14, 2010**.

Respectfully Submitted,

LOUGHREY & ASSOCIATES

Dated: July 14, 2010          By:   /s/ Tamara Loughrey
                              Tamara Loughrey
                              Justin Arnold
                              Attorneys for Plaintiffs

GUTIERREZ LAW GROUP

Dated: July 14, 2010          By:   /s/ Marcy Gutierrez
                              Marcy Gutierrez
                              Attorney for Defendant

## ORDER

Good cause appearing therefore,

Plaintiffs MSJ and the administrative record shall be filed no later than **July 26, 2010**; Defendant's opposition and cross-motion shall be filed no later than **August 16 2010**; Plaintiff's reply and opposition shall be filed no later than **August 27, 2010**; Defendant's reply shall be filed no later than **September 7, 2010** and the hearing take place on **September 14, 2010**.

**It is so ordered.**

DATED: July 15, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE