TAMARA LOUGHREY, Bar No. 227001
JUSTIN ARNOLD, Bar No. 252030
LOUGHREY & ASSOCIATES
220 4th St., Suite 103
Oakland, CA 94607
Phone: 510.891.1254
Fax: 510.891.1258

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.W., by and through his parents and guardians ad litem, K.W. and M.W., and K.W. and M.W. individually,<br><br>Plaintiffs,<br><br>v.<br><br>BUCKEYE UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | **Case No. 2:09-cv-02772-MCE-KJM**<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P RULE 41(a)(1)(ii)** |

Pursuant to FRCP Rule 41(a)(1)(A)(ii), the parties to this action by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice and all dates pending be vacated.

LOUGHREY & ASSOCIATES

Dated: July 27, 2010        By:    /s/ Tamara Loughrey
                            Tamara Loughrey
                            Justin Arnold
                            Attorneys for Plaintiffs

///

///

- 1 -

G.W., et al. v. Buckeye Union School District – STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

GUTIERREZ LAW GROUP

Dated: July 28, 2010         By:   /s/ Marcy Gutierrez
                                    Marcy Gutierrez
                                    Attorney for Defendant

## ORDER

Pursuant to the Parties' stipulation and good cause appearing therefore, the above referenced matter is hereby dismissed, with prejudice. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 28, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LOUGHREY &
ASSOCIATES
Attorneys At Law
220 4th Street Ste. 103
Oakland, CA 94607
510.891.1254
510.891.1258 (fax)

- 2 -

G.W., et al. v. Buckeye Union School District – STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com